

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BOERNE TO BERGHEIM COALITION FOR CLEAN ENVIRONMENT, | § | No. 08-20-00035-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 459th District Court |
| | § | |
| TEXAS COMMISSION ON | | of Travis County, Texas |
| ENVIRONMENTAL QUALITY, and | § | |
| VULCAN CONSTRUCTION | | (TC# D-1-GN-18-003134) |
| MATERIALS, LLC., | § | |
| | § | |
| Appellees. | § | |

## O R D E R

The Court on its own motion ORDERS the District Clerk for the 459th District Court to prepare and e-file a supplemental record containing the complete Administrative Record (AR) relied on by the trial court. The supplemental record is due with this Court on or before **January 20, 2021.**

IT IS SO ORDERED THIS 7TH DAY OF JANUARY, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.